```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

GWENDOLYN BLACKWELL, ET AL.                            CIVIL ACTION

VERSUS                                                 NO. 05-2105

ST. CHARLES PARISH, ET AL.                             SEC. B(4)


**ORDER**

Before the Court is Plaintiffs' *Ex Parte* Motion to Continue Hearing on Defendants' Motion For Summary Judgment (Rec. Doc. No. 40) and Plaintiffs' Motion To Expedite Hearing on Motion To Continue (Rec. Doc No. 41). **IT IS ORDERED** that:

1) The Court Order dated November 29, 2006 granting Defendants' Motion For Expedited Hearing on Motion For Summary Judgment (Rec. Doc. No. 44) is **VACATED.**

2) Defendants' Motion For Expedited Hearing (Rec. Doc. No. 41) is **DENIED.**

3) Defendants' Motion For Summary Judgment (Rec. Doc. No. 45) is **DENIED without prejudice** for re-urging at trial on **January 22, 2007 at 9:00 a.m.**

4) Plaintiffs' Motion To Continue Hearing on Defendants' Motion For Summary Judgment (Rec. Doc. No. 40) and

Plaintiffs' Motion To Expedite Hearing on Motion To Continue (Rec. Doc. No. 41) are **DENIED as moot.**

New Orleans, Louisiana this 4th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE